AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>RAFAEL MORALES-MERCED | Case No: 3:93-CR-372-02 (PAD)<br>USM No: 09080-069 |
| Date of Original Judgment: 11/28/2001<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | Hector Ramos-Vega, AFPD<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __235__ months **is reduced to** __188 Months.__

REDUCTION IS TO BE CONCURRENTLY BETWEEN COUNTS ONE AND TWO AND CONCURRENT WITH COUNT 5.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __11/28/2001__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/29/2015                       S/ Pedro A. Delgado-Hernández
                                              *Judge's signature*

Effective Date: 11/01/2015                   Pedro A. Delgado-Hernandez, USDJ-PR
*(if different from order date)*              *Printed name and title*